UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-25-453-G-3 |
| | ) |
| TRAE WENDELL GRAHAM, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Now before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 31), filed January 13, 2026. The Government represents that it believes dismissal would serve the ends of justice. No response to the Motion was filed within the time allowed.

Having considered the Motion and the circumstances of this matter, the Court finds that dismissal is in the public interest and that the Motion should be and is hereby GRANTED. *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 21) filed November 4, 2025, charging Defendant Trae Wendell Graham with violation of 21 U.S.C. §§ 846 and 841(a)(1), is DISMISSED WITHOUT PREJUDICE as to Defendant Graham only.

IT IS SO ORDERED this 2nd day of February, 2026.

CHARLES B. GOODWIN
United States District Judge